1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CARL WOODRUFF and PENNY WOODRUFF,           ) <br>           ) <br>       Plaintiffs,    ) <br>           ) <br>      v.          ) <br>           ) <br> ELI LILLY AND COMPANY, an Indiana  ) <br> corporation,        ) <br>       Defendant.    ) | **Case No.:  2:14-cv-01890-WBS** <br><br> **Complaint filed on 8/11/2014** <br><br> **Sr. Judge William B. Shubb** <br><br> **ORDER RE PLAINTIFFS' MOTION TO STAY PENDING DECISION FROM THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** <br><br> **Hearing Date:12/8/2014** <br> **Time:**        **2:00 pm** <br> **Location:**     **Courtroom 5** <br> **Judge:**       **Hon. William B. Shubb** |

Having considered the issues presented in the Plaintiffs' Pending Decision from the Judicial

Panel on Multidistrict Litigation ("JPML"), and in light of the pending Motion to Transfer Related

Actions for Coordinated Pretrial Proceedings in the Central District of California pursuant to 28

U.S.C. § 1407(a) ("Motion to Transfer") in *In re: Cymbalta (Duloxetine) Products Liability*

1

1    *Litigation,* MDL No. 2576, with good cause shown, the Court GRANTS the Motion to Stay and

2    ORDERS as follows:

3           1.      This action is stayed, and the Initial Status Conference on December 8, 2014 is

4    CONTINUED to **February 17, 2015 at 2:00 p.m.**

5           2.      Plaintiffs are ORDERED to file a Notice with the Court, indicating the status of the

6    Motion to Transfer within **five** days of the JPML's decision of the Motion to Transfer.

7    Dated:  December 5, 2014

8    _____

     WILLIAM B. SHUBB
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2