David E. Stanley (SBN 144025)
dstanley@reedsmith.com
Alexis A. Rochlin (SBN 280634)
arochlin@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile:  +1 213 457 8080

Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1 202 662 6000

Attorneys for Defendant
Eli Lilly and Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARL WOODRUFF and PENNY WOODRUFF,<br><br>              Plaintiffs,<br><br>       v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>              Defendant. | Case No.: 2:14-cv-01890-MCE-SKO<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL 30-DAY STAY**<br><br>Honorable Morris C. England, Jr. |

The Court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional 30-Day Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. The above-captioned action is stayed for 30 days from the date this Order is electronically filed to allow the Parties to finalize a formal settlement agreement; and

///

///

///

2. Not later than that same date, the parties are directed to file a Joint Status Report or a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: July 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE