David E. Stanley (SBN 144025)
dstanley@reedsmith.com
Alexis A. Rochlin (SBN 280634)
arochlin@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile:  +1 213 457 8080

Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1 202 662 6000

Attorneys for Defendant
Eli Lilly and Company

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CARL WOODRUFF and PENNY WOODRUFF,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 2:14-cv-01890-MCE-SKO<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL STAY**<br><br>Honorable Morris C. England, Jr. |

## ORDER

The Court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. The above-captioned action is stayed until **September 1, 2017**, in order to allow the parties to evaluate Plaintiffs' claims under the provisions of the global settlement framework agreement for Cymbalta personal injury cases in various federal and state courts.

2. The parties shall file a Joint Status Report or a stipulation of dismissal and proposed order not later than **September 1, 2017**.

**IT IS SO ORDERED.**

Dated: August 16, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –
ORDER GRANTING REQUEST FOR ADDITIONAL STAY