REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WOODRUFF and PENNY WOODRUFF,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 2:14-cv-01890-MCE-SKO<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL STAY**<br><br>Honorable Morris C. England, Jr. |

The Court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. The above-captioned action will remain on the inactive calendar until May 1, 2018 in order to allow the parties to continue to evaluate Plaintiffs' claims under the provisions of the global settlement framework agreement for Cymbalta personal injury cases in various federal and state courts.

///
///
///
///

– 1 –
ORDER GRANTING REQUEST FOR ADDITIONAL STAY

2. The parties will submit and updated status report re settlement by April 16, 2018.

IT IS SO ORDERED.

Dated: September 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE