REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARL WOODRUFF and PENNY WOODRUFF,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 2:14-cv-01890-MCE-SKO<br><br>**ORDER RE JOINT STATUS REPORT AND REQUEST FOR STAY**<br><br>Honorable Morris C. England, Jr. |

# **ORDER**

The Court, having reviewed and considered the Joint Status Report and Request for Continued Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. The case shall remain stayed until September 14, 2018.
2. If this case is not voluntarily dismissed before August 31, 2018, the parties will submit a Joint Status Report on that date.

IT IS SO ORDERED.

Dated: July 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE